

THOMAS D. BOLEY
Nevada Bar No.: 11061
**BOLEY & ALDABBAGH, LTD.**
4570 E. Eastern Ave. Suite 28
Las Vegas, Nevada 89101
Phone: 702 435 3333
facsímile: 702 475 6567
Email: t.boley@bandafirm.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE CASTANEDA MURILLO, ) <br> ) <br> Defendant. ) | Case No.: 2:20-mj-606-VCF <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Counsel requires additional time to resolve the case outside of trial.

2. Parties need further time to prepare for trial.

3. As a result, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

5. Defendant is incarcerated and consents to this continuance.

DATED this 28 day of February 2023.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The additional time requested is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**ORDER**

IT IS HEREBY ORDERED that the bench trial currently scheduled for March 1, 2023, at 9:00 a.m. be vacated and continued to 4/5/2023 at 9:00 am in LV 3D before Magistrate Judge Cam Ferenbach.

DATED this February 28, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

_/s/Thomas D. Boley_
Thomas D. Boley, Esq.
Nevada Bar No. 11061
Attorney for Defendant



THE LAW OFFICES OF
BOLEY & ALDABBAGH

Page 5