```
THOMAS D. BOLEY
Nevada Bar No.: 11061
BOLEY & ALDABBAGH, LTD.
4570 E. Eastern Ave. Suite 28
Las Vegas, Nevada 89101
Phone: 702 435 3333
facsímile: 702 475 6567
Email: t.boley@bandafirm.com
```
*Attorney for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE CASTANEDA MURILLO, ) <br> ) <br> Defendant. ) | Case No.: 2:22-mj-606-VCF <br><br> ORDER RE <br><br> **STIPULATION TO CONTINUE BENCH TRIAL** <br> (fourth setting) |

The government and counsel for Defendant, jointly stipulate and request that the bench trial in this matter, currently set for July 19 at 9:00 am be vacated and set for a change of plea hearing on the next available date which is likely August 16 at 9:00 am. This Stipulation is entered into for the following reasons:

This Stipulation is entered into for the following reasons:

1. Counsel requires additional time to discuss the plea bargain with his client and prepare him for a change of plea.

2. Parties agree to a continuance.

3. As a result, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code,

Page 1

Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv);

5. Defendant is not incarcerated, but consents to this continuance.

Dated this 18th day of July 2023.

 /s/*Thomas D. Boley*
Thomas D. Boley, Esq.
Nevada State Bar No. 11061
**BOLEY & ALDABBAGH, LTD.**
4570 E. Eastern Ave. Suite 28
Las Vegas, Nevada 89101
Attorney for Defendant


 */s/ Imani Dixon*
IMANI DIXON
Assistant United States Attorney

THOMAS D. BOLEY
Nevada Bar No.: 11061
**BOLEY & ALDABBAGH, LTD.**
4570 E. Eastern Ave. Suite 28
Las Vegas, Nevada 89101
Phone: 702 435 3333
facsímile: 702 475 6567
Email: t.boley@bandafirm.com
*Attorney for Defendant*



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE CASTANEDA MURILLO, ) <br> ) <br> Defendant. ) | Case No.: 2:20-mj-606-VCF <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Counsel requires additional time to resolve the case outside of trial.

2. Counsel needs to meet with his client and answer any questions and prepare him for change of plea.

3. As a result, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

Page 3

5. Defendant is incarcerated and consents to this continuance.

DATED this 18th day of July, 2023.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The additional time requested is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**ORDER**

IT IS HEREBY ORDERED that the bench trial currently for <u>July 18, 2023, at 9:00 a.m.</u> be vacated and continued to <u>August 16, 2023 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.</u>

DATED this __18__ day of July 18, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

_/s/Thomas D. Boley_____
Thomas D. Boley, Esq.
Nevada Bar No. 11061
Attorney for Defendant



Page 6